# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# AUDI

**Reg. No. 4,995,364**

**Registered July 12, 2016**

**Int. Cls.: 9, 12, 14, 16, 18, 25, 27, 28 and 37**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045 INGOLSTADT
FED REP GERMANY

FOR: CAR RADIOS, CALCULATING MACHINES FOR MOTOR CARS, SPECTACLES, SKI GOGGLES, SOUND OR IMAGE MEDIA, RECORDED OR NOT, NAMELY, VIDEO DISCS, AUDIO CASSETTES AND AUDIO AND VIDEO TAPES FEATURING INSTRUCTIONAL AUTOMOTIVE REPAIR INFORMATION AND INSTRUCTIONAL INFORMATION ABOUT HOW TO OBTAIN INFORMATION REGARDING REAL TIME TRAFFIC JAMS AND THE STATUS OF AUTOMOTIVE NAVIGATION SYSTEMS; APPARATUS FOR RECORDING, TRANSMITTING AND REPRODUCING SOUND OR IMAGES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: AUTOMOBILES; MOTORS FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: JEWELLERY, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES; KEY RINGS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MAGAZINES AND BOOKLETS FEATURING TECHNICAL INFORMATION CONCERNING CAR MAINTENANCE, CAR INFORMATION; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: TRUNKS AND SUITCASES; UMBRELLAS; LEATHER AND IMITATION LEATHER GOODS, NAMELY, PURSES, WALLETS, RUCKSACKS , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: SPECIAL CLOTHING FOR RALLY PILOTS, NAMELY, PROTECTIVE CLOTHING MADE WITH FLAMEPROOF MATERIALS, ONLY DISTRIBUTED IN SHOP SPECIALIZING IN MOTORCYCLE SPORTS AND RALLIES, INCLUDING BOOTS AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CAR FLOOR MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: MODEL CARS, GYMNASTIC AND SPORTING APPARATUS, NAMELY GOLF CLUBS, GOLF CLUB BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,995,364** FOR: MOTOR VEHICLE MAINTENANCE, REPAIR AND SERVICING, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0716147 DATED 3-12-1999, EXPIRES 3-12-2019.

SER. NO. 79-170,331, FILED 5-27-2015.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

**Int. Cls.: 12 and 28**

**Prior U.S. Cls.: 19, 21, 22, 23, 31, 35, 38, 44, and 50**

**Reg. No. 3,098,878**

**United States Patent and Trademark Office**    Registered May 30, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## A3

AUDI A.G. (FED REP GERMANY CORPORA-
TION)
85045
INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).

FIRST USE 9-6-1996; IN COMMERCE 5-13-2005.

FOR: MODEL CARS, IN CLASS 28 (U.S. CLS. 22, 23,
38 AND 50).

FIRST USE 9-6-1996; IN COMMERCE 12-16-1996.

SN 78-321,455, FILED 10-31-2003.

CHRISTOPHER BUONGIORNO, EXAMINING AT-
TORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**   Reg. No. 1,990,408
Registered July 30, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## A4

AUDI AG (FED REP GERMANY CORPORA-
TION)
POSTFACH 100220
W–8070 INGOLSTADT, FED REP GERMANY

    FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).

FIRST USE 9–4–1995; IN COMMERCE
9–4–1995.

SN 74–576,391, FILED 9–21–1994.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 3,068,391

Registered Mar. 14, 2006

## TRADEMARK
### PRINCIPAL REGISTER



AUDI AG (FED REP GERMANY CORPORA-
TION)
D-85045 INGOLSTADT
FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21,
23, 31, 35 AND 44).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION
0835367 DATED 9-6-2004, EXPIRES 9-6-2014.

SER. NO. 79-006,117, FILED 9-6-2004.

ELLEN BURNS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

## United States Patent and Trademark Office

Reg. No. 1,957,319
Registered Feb. 20, 1996

## TRADEMARK
### PRINCIPAL REGISTER

### A6

AUDI AG (FED REP GERMANY CORPORATION)
POSTFACH 100220
W-8070 INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFORE, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-0-1994; IN COMMERCE 10-0-1994.

SER. NO. 74-576,383, FILED 9-21-1994.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**Reg. No. 3,355,302**

**United States Patent and Trademark Office**    Registered Dec. 18, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# A7

AUDI AG (FED REP GERMANY CORPORA-
TION)
85045
INGOLSTADT, FED REP GERMANY 85045

FOR: LAND VEHICLES, NAMELY AUTOMO-
BILES AND STRUCTURAL PARTS THEREFORE,
OTHER THAN MINI TWO-SEATER VEHICLES AND
THEIR STRUCTURALLY DEFINED PARTS, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO.
000307413, DATED 8-6-1999, EXPIRES 7-15-2016.

SER. NO. 77-131,155, FILED 3-14-2007.

JOHN HWANG, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

## United States Patent and Trademark Office

Reg. No. 2,067,529

Registered June 3, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## A8

AUDI AG (FED REP GERMANY CORPORA-
TION)
POSTFACH 100220
W–8070 INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREFORE, IN CLASS 12 (U.S. CLS.
19, 21, 23, 31, 35 AND 44).

FIRST USE 10–0–1996; IN COMMERCE
10–0–1996.

SN 74–576,382, FILED 9–21–1994.

WON TEAK OH, EXAMINING ATTORNEY

# United States of America

### United States Patent and Trademark Office

# E-TRON

**Reg. No. 4,078,535**

**Registered Jan. 3, 2012**

**Int. Cls.: 12 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

AUDI AG (FED REP GERMANY CORPORATION)
85045
INGOLSTADT, FED REP GERMANY

FOR: VEHICLES, NAMELY, AUTOMOBILES AND THEIR STRUCTURAL PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: GAMES AND PLAYTHINGS, NAMELY, MODEL CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302009046417, FILED 8-4-2009, REG. NO. 302009046417, DATED 12-18-2009, EXPIRES 8-4-2019.

SER. NO. 77-979,993, FILED 1-29-2010.

REBECCA EISINGER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cls.: 12 and 28

Prior U.S. Cls.: 19, 21, 22, 23, 31, 35, 38, 44 and 50

**Reg. No. 3,524,464**

## United States Patent and Trademark Office

Registered Oct. 28, 2008

### TRADEMARK
### PRINCIPAL REGISTER



ANDREAS FLECK (FED REP GERMANY INDI-
VIDUAL)
KELLINGHUSENSTR. 10
20249 HAMBURG
FED REP GERMANY

FOR: LAND VEHICLES; APPARATUS FOR LO-
COMOTION BY LAND, AIR OR WATER, NAMELY,
AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31,
35 AND 44).

FOR: GAMES AND PLAYTHINGS, NAMELY,
TOY CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 10-1-2007 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0959752 DATED 2-29-2008, EXPIRES 2-28-2018.

SER. NO. 79-052,252, FILED 2-29-2008.

DAVID HOFFMAN, EXAMINING ATTORNEY

Int. Cls.: **12, 18 and 28**

Prior U.S. Cls.: **1, 2, 3, 19, 21, 22, 23, 31, 35, 38, 41, 44 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,112,195**

Registered July 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER



AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)

85045 INGOLSTADT

FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFORE, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS, NAMELY HANDBAGS, PURSES, BRIEFCASES; ANIMAL SKINS, HIDES; LUGGAGE TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESS AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: GAMES AND PLAYTHINGS, NAMELY, MODEL CARS, HAND HELD UNIT FOR PLAYING VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-26-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0845054 DATED 11-30-2004, EXPIRES 11-30-2014.

SER. NO. 79-009,440, FILED 11-30-2004.

PAULA MAHONEY, EXAMINING ATTORNEY

**Int. Cls.: 12, 18 and 28**

**Prior U.S. Cls.: 1, 2, 3, 19, 21, 22, 23, 31, 35, 38, 41, 44 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,123,813**

Registered Aug. 1, 2006

## TRADEMARK
### PRINCIPAL REGISTER



AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045 INGOLSTADT
FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFORE, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS, NAMELY HANDBAGS, PURSES, BRIEFCASES; ANIMAL SKINS, HIDES; LUGGAGE TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESSES AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: GAMES AND PLAYTHINGS, NAMELY MODEL CARS AND HAND HELD VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-26-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0845055 DATED 11-30-2004, EXPIRES 11-30-2014.

SER. NO. 79-009,441, FILED 11-30-2004.

ODESSA BIBBINS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,283,271
Registered Jun. 26, 1984

## TRADEMARK
### Principal Register

# QUATTRO

Audi NSU Auto Union Aktiengesellschaft (Fed. Rep. of Germany corporation)
Neckarsulm, Fed. Rep. of Germany D-7107

For: AUTOMOBILES, in CLASS 12 (U.S. Cl. 19).

First use Jan. 1982; in commerce Jan. 1982.

The word "Quattro" means "four" in Italian.

Ser. No. 354,288, filed Mar. 12, 1982.

BARRY SOLOMON, Examining Attorney

**Int. Cls.: 12 and 28**

**Prior U.S. Cls.: 19, 21, 22, 23, 31, 35, 38, 44 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,241,273**

Registered May 15, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# QUATTRO

AUDI AG (FED REP GERMANY CORPORA-
   TION)
85045
INGOLSTADT, FED REP GERMANY

   FOR: METAL LICENSE PLATE FRAMES, METAL
PLAQUES FOR AFFIXING TO AUTOMOBILES, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

   FIRST USE 12-31-2000; IN COMMERCE 12-31-2000.

   FOR: CHILDREN'S RIDABLE TOY CARS, IN
CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

   FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

   THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

   THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS FOUR.

   SER. NO. 78-487,861, FILED 9-22-2004.

   JAMES A. RAUEN, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**Reg. No. 3,076,893**

**United States Patent and Trademark Office**

**Registered Apr. 4, 2006**

## TRADEMARK
### PRINCIPAL REGISTER

# R8

AUDI AG (FED REP GERMANY SOCIÉTÉ PAR
ACTION)
D-85045 INGOLSTADT
FED REP GERMANY

FOR: MOTOR VEHICLES AND STRUCTURAL
PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23,
31, 35 AND 44).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION
0838276 DATED 9-6-2004, EXPIRES 9-6-2014.

SER. NO. 79-007,085, FILED 9-6-2004.

BERYL GARDNER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# RS 3

**Reg. No. 3,966,469**

**Registered May 24, 2011**

**Int. Cls.: 12, 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

AUDI AG (FED REP GERMANY CORPORATION)
85045
INGOLSTADT, FED REP GERMANY

FOR: VEHICLES, NAMELY, AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: CLOTHING, NAMELY, T-SHIRTS, JACKETS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES AND PLAYTHINGS, NAMELY, MODEL CARS, CHILDREN'S PEDAL CARS AND PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF FED REP GERMANY REG. NO. 302010024405, DATED 6-2-2010, EXPIRES 4-30-2020.

OWNER OF FED REP GERMANY REG. NO. 302009062966, DATED 12-8-2009, EXPIRES 10-31-2019.

SER. NO. 85-183,947, FILED 11-23-2010.

LANA PHAM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Int. Cls.: 12 and 18**

**Prior U.S. Cls.: 1, 2, 3, 19, 21, 22, 23, 31, 35, 41 and 44**

**United States Patent and Trademark Office**

Reg. No. 2,889,135
Registered Sep. 28, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## RS4

AUDI A.G. (FED REP GERMANY CORPORA-
TION)
85045
INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21,
23, 31, 35 AND 44).

FOR: LEATHER AND IMITATIONS OF LEA-
THER SOLD IN BULK; GOODS MADE OF LEA-
THER AND IMITATION LEATHER, NAMELY KEY
CHAINS, PURSES, WALLETS, BRIEF CASES; ANI-
MAL SKINS, HIDES; TRAVELING TRUNKS AND

TRAVELING BAGS; UMBRELLAS, PARASOLS
AND WALKING STICKS; WHIPS, HARNESSES
AND SADDLES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22
AND 41).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30310675,
FILED 2-26-2003, REG. NO. 30310675, DATED 3-31-
2003, EXPIRES 2-28-2013.

SER. NO. 78-270,505, FILED 7-3-2003.

MARY CRAWFORD, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# RS 7

**Reg. No. 4,440,628**

**Registered Nov. 26, 2013**

AUDI AG (FED REP GERMANY CORPORATION)
85045
INGOLSTADT, FED REP GERMANY

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: VEHICLES, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, SPORTS CARS, VANS, PICK-UP TRUCKS, ESTATE CARS, RACING CARS AND STRUCTURAL PARTS THEREFORE; ENGINES FOR LAND VEHICLES , IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 3-21-2013; IN COMMERCE 3-21-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302010069823, FILED 11-29-2010, REG. NO. 302010069823, DATED 12-30-2010, EXPIRES 11-30-2020.

SN 85-327,609, FILED 5-23-2011.

RICHARD WHITE, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,367,990**

**Registered Jan. 02, 2018**

**Int. Cl.: 12, 16**

**Trademark**

**Principal Register**

Audi AG (GERMANY CORPORATION)
85045
Ingolstadt, FED REP GERMANY

CLASS 12: Emblems, not of metal, for vehicles, namely, badges for vehicles

CLASS 16: emblems, not of metal, for vehicles, namely, paper stickers

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 015606882, FILED 07-04-2016, REG. NO. 015606882, DATED 11-07-2016, EXPIRES 07-04-2026

The mark consists of the letters "R" and "S" and the number "7" in block capitalized letters, outlined, with the letter "R" interposed over a rectangular block, double-outlined.

SER. NO. 87-271,678, FILED 12-16-2016



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,405,143**

**Registered Sep. 24, 2013**

**Int. Cls.: 4, 9, 12, 14, 16, 18, 25, 27 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045 INGOLSTADT
FED REP GERMANY

FOR: INDUSTRIAL OILS AND GREASES; INDUSTRIAL LUBRICANTS; DUST ABSORBING, WETTING, AND BINDING COMPOSITIONS; FUELS, NAMELY, MOTOR SPIRIT; ILLUMINANTS; CANDLES AND WICKS FOR LIGHTING, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: INTERACTIVE, COMPUTERIZED AUTOMOTIVE CONTROL SYSTEM FOR INTEGRATING, MANAGING AND PROVIDING DRIVER ACCESS TO FUNCTIONS OF AUTOMOBILE NAVIGATION SYSTEM, ENTERTAINMENT FEATURES, NAMELY, CD PLAYERS, DVD PLAYERS, MP3 PLAYERS, TAPE PLAYERS AND RADIO, COMMUNICATIONS EQUIPMENT, NAMELY, TELEPHONES, VEHICLE ENVIRONMENTAL INFORMATION AND CONTROLS REGARDING HEATING AND COOLING AND AUTOMOBILE CONTROL SYSTEMS, ALL INCORPORATED INTO A MOTOR VEHICLE; KEYLESS ENTRY SYSTEM AND KEYLESS IGNITION SWITCH SYSTEM FOR AUTOMOTIVE VEHICLES COMPRISED OF A MICROPROCESSOR, ELECTRONIC SIGNAL RECEIVER, AND KEYFOB WITH ELECTRONIC SIGNAL TRANSPONDER; DIGITAL SWITCHING SYSTEMS COMPRISED OF INTERCONNECTED ELECTROMECHANICAL AND SOLID-STATE POWER MANAGEMENT ENCLOSURES WITH STANDARD AND CUSTOM KEYPADS FOR USER REMOTE CONTROL, THE FOREGOING FOR USE ON AUTOMOTIVE VEHICLE DASHBOARDS; DASHBOARD CRUISE CONTROLS AND TACHOMETERS FOR MOTOR VEHICLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: WATCHES, WRISTWATCHES, MECHANICAL WATCHES, CHRONOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: WALL CALENDARS AND PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELD OF AUTOMOTIVE MAINTENANCE, REPAIR AND SERVICING AND VEHICLE OPERATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS, NAMELY, KEY CHAINS, KEY CASES, GARMENT BAGS, SPORTS BAGS, GENERAL



*Deputy Director of the United States Patent and Trademark Office*

**Reg. No. 4,405,143** PURPOSE TROLLEY BAGS; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS; PARASOLS AND WALKING STICKS; WHIPS; HARNESSES AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, POLO SHIRTS, JACKETS, CAPS AND HATS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: AUTOMOBILE FLOOR MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: MODEL CARS AND TOY CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF A STYLIZED "S" WHICH PARTIALLY OVERLAPS WITH A SLANTED RECTANGLE ON THE LEFT. BOTH THE "S" AND THE BORDER OF THE RECTANGLE ARE SHADED TO INDICATE A METALLIC SHEEN.

PRIORITY DATE OF 11-22-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1129629 DATED 3-13-2012, EXPIRES 3-13-2022.

SER. NO. 79-118,041, FILED 3-13-2012.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 2,875,529

Registered Aug. 17, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## S LINE

AUDI A.G. (FED REP GERMANY CORPORA-
TION)
85045
INGOLSTADT, FED REP GERMANY

FOR: LAND VEHICLES, NAMELY AUTOMO-
BILES AND STRUCTURAL PARTS THEREFORE,
IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "LINE", APART FROM THE MARK
AS SHOWN.

SN 78-063,437, FILED 5-14-2001.

JOHN GARTNER, EXAMINING ATTORNEY



# United States of America

### United States Patent and Trademark Office

# S3

**Reg. No. 3,835,128**
**Registered Aug. 17, 2010**

**Int. Cls.: 12 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

AUDI AG (FED REP GERMANY CORPORATION)
85045
INGOLSTADT, FED REP GERMANY

FOR: VEHICLES, NAMELY, AUTOMOBILES, SPORT UTILITY VEHICLES, SPORTS CARS, VANS, PICK-UPS, ESTATE CARS, RACING CARS; ENGINES FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: CLOTHING, NAMELY, T-SHIRTS, POLO SHIRTS, JACKETS, SWEATERS; HEADGEAR, NAMELY, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 006854285, DATED 1-20-2009, EXPIRES 4-22-2018.

OWNER OF FED REP GERMANY REG. NO. 39528166, DATED 11-6-1995, EXPIRES 7-31-2015.

OWNER OF U.S. REG. NOS. 1,917,829, 2,534,302 AND OTHERS.

SER. NO. 78-967,387, FILED 9-5-2006.

INGRID C. EULIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

## United States Patent and Trademark Office

Reg. No. 2,499,526
Registered Oct. 23, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## S4

AUDI AG (FED REP GERMANY CORPORA-
TION)
AUDI AG
D-85045 INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREFORE, IN CLASS 21 (U.S. CLS. 2, 13,
23, 29, 30, 33, 40 AND 50).

FIRST USE 7-0-1999; IN COMMERCE 7-0-1999.

SER. NO. 75-793,022, FILED 9-7-1999.

ALEX KEAM, EXAMINING ATTORNEY

**Int. Cls.: 12, 25 and 28**

**Prior U.S. Cls.: 19, 21, 22, 23, 31, 35, 38, 39, 44 and 50**

**Reg. No. 3,324,676**

## United States Patent and Trademark Office

Registered Oct. 30, 2007

### TRADEMARK
#### PRINCIPAL REGISTER

# S5

AUDI AG (FED REP GERMANY CORPORA-
TION)
85045
INGOLSTADT, FED REP GERMANY

FOR: VEHICLES, NAMELY APPARATUS FOR
LOCOMOTION BY LAND, AIR OR WATER, NAME-
LY AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23,
31, 35 AND 44).

FOR: CLOTHING, NAMELY T-SHIRTS, POLO
SHIRTS, FOOTWEAR AND HEADGEAR, NAMELY
HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND
39).

FOR: GAMES AND PLAYTHINGS, NAMELY
TOY MODEL CARS, IN CLASS 28 (U.S. CLS. 22, 23,
38 AND 50).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30628690.4,
FILED 5-3-2006, REG. NO. 30628690, DATED 6-14-
2006, EXPIRES 5-31-2016.

OWNER OF U.S. REG. NOS. 1,917,829, 2,499,526
AND OTHERS.

SER. NO. 78-967,087, FILED 9-5-2006.

INGRID C. EULIN, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

Reg. No. 1,917,829
Registered Sep. 12, 1995

## TRADEMARK
### PRINCIPAL REGISTER

### S6

AUDI AG (FED REP GERMANY CORPORA-
TION)
POSTFACH 100220
W–8070 INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).

FIRST USE 10-0-1994; IN COMMERCE
10-0-1994.

SER. NO. 74–576,398, FILED 9–21–1994.

KAREN K. BUSH, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 3,421,582

Registered May 6, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# S7

AUDI AG (FED REP GERMANY CORPORA-TION)

85045

INGOLSTADT, FED REP GERMANY 85045

FOR: LAND VEHICLES, NAMELY, AUTOMO-BILES AND STRUCTURAL PARTS THEREFORE, OTHER THAN MINI TWO-SEATER VEHICLES AND THEIR STRUCTURALLY DEFINED PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 000307512, DATED 8-6-1999, EXPIRES 7-15-2016.

OWNER OF U.S. REG. NO. 2,448,081.

SER. NO. 77-131,163, FILED 3-14-2007.

JOHN HWANG, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**Reg. No. 2,534,302**

## United States Patent and Trademark Office

Registered Jan. 29, 2002

### TRADEMARK
### PRINCIPAL REGISTER

## S8

AUDI A.G. (FED REP GERMANY CORPORA-
TION)
D-85045
INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREFORE, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).

FIRST USE 11-30-2000; IN COMMERCE 11-30-2000.

OWNER OF FED REP GERMANY REG. NO.
39536090, DATED 10-30-1995, EXPIRES 9-30-2005.

OWNER OF U.S. REG. NOS. 1,917,829 AND
2,067,529.

SER. NO. 78-008,664, FILED 5-18-2000.

STEVEN BERK, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

# SQ5

**Reg. No. 3,970,590**

**Registered May 31, 2011**

**Int. Cls.: 12 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

AUDI AG (FED REP GERMANY CORPORATION)
85045
INGOLSTADT, FED REP GERMANY

FOR: VEHICLES, NAMELY, AUTOMOBILES AND THEIR STRUCTURAL PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: MODEL CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF FED REP GERMANY REG. NO. 302009010311, DATED 4-8-2009, EXPIRES 2-28-2019.

SER. NO. 85-150,463, FILED 10-12-2010.

LANA PHAM, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**Reg. No. 3,521,639**

## United States Patent and Trademark Office

Registered Oct. 21, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# TFSI

AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045
INGOLSTADT, FED REP GERMANY 85045

    FOR: AUTOMOBILE ENGINES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

    FIRST USE 3-31-2005; IN COMMERCE 3-31-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NO. 2,519,278.

    SN 77-192,811, FILED 5-30-2007.

PAULA MAHONEY, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**Reg. No. 3,329,624**

## United States Patent and Trademark Office

Registered Nov. 6, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# TFSI

AUDI AG (FED REP GERMANY JOINT STOCK
    COMPANY)
85045 INGOLSTADT
FED REP GERMANY

FOR: VEHICLES FOR LOCOMOTION BY LAND,
NAMELY AUTOMOBILES, IN CLASS 12 (U.S. CLS.
19, 21, 23, 31, 35 AND 44).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION
0883519 DATED 1-31-2006, EXPIRES 1-31-2016.

SER. NO. 79-023,321, FILED 1-31-2006.

WENDY JUN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,519,018

Registered Dec. 18, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## TT

AUDI AG (FED REP GERMANY CORPORA-
TION)
D-85045 INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES, NAMELY SPORTS CARS,
IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-14-1998; IN COMMERCE 9-14-1998.

SER. NO. 75-573,421, FILED 10-19-1998.

ELLEN B. AWRICH, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# TT RS

**Reg. No. 4,109,426**

**Registered Mar. 6, 2012**

**Int. Cls.: 12, 20, 28, and 37**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AUDI AG (FED REP GERMANY CORPORATION)
85045
INGOLSTADT, FED REP GERMANY

FOR: VEHICLES, NAMELY, AUTOMOBILES, SPORT CARS; ENGINES FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-14-2010; IN COMMERCE 4-19-2011.

FOR: NON-METAL KEYHOLDERS, NAMELY, LEATHER AND IMITATION LEATHER KEYHOLDERS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-15-2011; IN COMMERCE 12-15-2011.

FOR: MODEL CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-31-2011; IN COMMERCE 7-31-2011.

FOR: REPAIR AND MAINTENANCE OF VEHICLES AND PARTS THEREOF; REPAIR AND MAINTENANCE OF VEHICLE ENGINES AND PARTS THEREOF, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 4-19-2011; IN COMMERCE 4-19-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302008072687, FILED 11-17-2008, REG. NO. 302008072687, DATED 11-17-2008, EXPIRES 11-30-2018.

OWNER OF U.S. REG. NOS. 2,519,018, 3,274,155, AND OTHERS.

SN 77-982,845, FILED 4-3-2009.

SHARON MEIER, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,496,779**

Registered Sep. 2, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# TTS

AUDI AG (FED REP GERMANY JOINT STOCK
   COMPANY)
85045
INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES, NAMELY, SPORTS CARS;
AUTOMOBILE VALVE STEM CAPS FOR VEHICLE
TIRES; FITTED AUTOMOBILE STORAGE COVERS;
SPARE TIRE COVERS FOR VEHICLES, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-19-2008; IN COMMERCE 1-19-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,519,018.

SN 77-234,816, FILED 7-20-2007.

PAULA MAHONEY, EXAMINING ATTORNEY

**Int. Cl.: 12**

**Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44**

**Reg. No. 3,201,037**

## United States Patent and Trademark Office

Registered Jan. 23, 2007

### TRADEMARK
### PRINCIPAL REGISTER



AUDI A.G. (FED REP GERMANY CORPORA-TION)
D-85045
INGOLSTADT, FED REP GERMANY

   FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

   FIRST USE 1-22-1936; IN COMMERCE 1-22-1936.

OWNER OF U.S. REG. NOS. 906,525 AND 2,987,328.

   THE MARK CONSISTS OF FOUR INTERLOCK-ING RINGS.

   SER. NO. 78-740,119, FILED 10-25-2005.

JENNIFER KRISP, EXAMINING ATTORNEY

Int. Cls.: 3, 6, 8, 9, 12, 14, 16, 18, 21, 24, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 12, 13, 14, 19, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 33, 35, 36, 37, 38, 39, 40, 41, 42, 44, 50, 51 and 52

Reg. No. 3,007,305

## United States Patent and Trademark Office

Registered Oct. 18, 2005

## TRADEMARK
### PRINCIPAL REGISTER



AUDI A.G. (FED REP GERMANY CORPORA-
TION)
85045
INGOLSTADT, FED REP GERMANY 85045

FOR: AUTOMOBILE CLEANING PREPARA-
TIONS, NAMELY SEALER POLISH, WASH AND
WAX SPRAY, LEATHER CLEANER, DETAILING
SPRAY AND GLASS CLEANER, IN CLASS 3 (U.S.
CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 12-31-2000; IN COMMERCE 12-31-2000.

FOR: METAL KEY RINGS AND MONEY CLIPS,
IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: CUTLERY, NAMELY MINIATURE POCK-
ET KNIVES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: SUNGLASSES; PDA CASES; MOUSE PADS;
PROTECTIVE CAR MAINTENANCE WORK
GLOVES; GOLF SCOPES, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: AUTOMOBILE WHEELS AND VALVE
STEM CAPS; FABRIC TIRE COVERS, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-31-1970; IN COMMERCE 12-31-1970.

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: PENS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29,
37, 38 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: LEATHER GOODS, NAMELY TRAVEL
ORGANIZERS IN THE NATURE OF BRIEF-CASE
TYPE PORTFOLIOS, WALLETS, HAND BAGS AND
BRIEFCASES; CANVAS TOTE BAGS; LUGGAGE
AND DUFFLE BAGS, IN CLASS 18 (U.S. CLS. 1, 2,
3, 22 AND 41).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: BEVERAGE MUGS; HOUSEHOLD GLOVES
FOR CAR MAINTENANCE, IN CLASS 21 (U.S. CLS.
2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: STADIUM BLANKETS, IN CLASS 24 (U.S.
CLS. 42 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: APPAREL, NAMELY SWEATER VESTS,
CAPS, VISORS, SWEATSHIRTS, WIND RESISTANT

JACKETS, CAMP SHIRTS, WOVEN SHIRTS, SWEA-
TERS, T-SHIRTS, JACKETS, DENIM SHIRTS, TUR-
TLENECK SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

FOR: GOLF BAGS, GOLF CLUB COVERS, PLAS-
TIC TOY CARS FOR CHILDREN, SCALE MODEL
REPLICA CARS FOR COLLECTORS, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

OWNER OF U.S. REG. NOS. 906,525, 2,083,439 AND
OTHERS.

THE MARK CONSISTS OF FOUR INTERLOCK-
ING RINGS.

SER. NO. 78-339,523, FILED 12-11-2003.

GWEN STOKOLS, EXAMINING ATTORNEY

Int. Cls.: 12 and 42

Prior U.S. Cls.: 19, 21, 23, 31, 35, 44, 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,083,439

Registered July 29, 1997

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



AUDI AG (FED REP GERMANY CORPORA-
TION)
POSTFACH 100220
W–8070 INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).
FIRST USE 4–0–1995; IN COMMERCE
4–0–1995.
FOR: AUTOMOBILE DEALERSHIP SERV-
ICES, NAMELY, RETAIL SALES OF AUTOMO-
BILES AND STRUCTURAL PARTS THERE-
FOR, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 4–0–1995; IN COMMERCE
4–0–1995.

OWNER OF U.S. REG. NOS. 708,352, 1,793,869
AND OTHERS.

SER. NO. 75–090,951, FILED 4–4–1996.

KATHY DE JONGE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# e-tron

**Reg. No. 6,138,588**

**Registered Sep. 01, 2020**

**Int. Cl.: 3, 6, 11, 14, 17, 24**

**Trademark**

**Principal Register**

AUDI AG  (GERMANY joint stock )
Auto-union-str. 1
85045 Ingolstadt
FED REP GERMANY

CLASS 3: Non-medicated toiletry preparations; essential oils and aromatic extracts; cleaning and room fragrancing preparations; tailors' and cobblers' wax

CLASS 6: Wrought and semi-wrought common metals; doors, gates, windows and window coverings of metal; shelter structures and transportable buildings of metal; statues and works of art of common metals; industrial packaging containers of metal; structural parts and fittings of all the aforesaid goods as far as included in this class

CLASS 11: Chimney flues for conveying exhaust gases; electric boilers and convection heaters; fireplaces; water filters for industrial and household use; industrial installations for filtering liquids, namely, water purification installations for waste water and sewage; regulating accessories for water and gas installations; drying apparatus for use in heating, ventilating, air conditioning and air cleaning; structural parts and fittings for all the aforesaid goods as far as included in this class

CLASS 14: Gemstones, pearls and precious metals and imitations thereof; jewellery; time instruments, namely, watches; other articles of precious metals, namely, statues and figurines made of precious or semi-precious metals; model figurines being ornaments made of precious or semi-precious metals; collectable coins and tokens; works of art of precious metal; key rings and key chains and charms therefore; jewellery boxes and watch boxes; structural parts and fittings of all the aforesaid goods as far as included in this class

CLASS 17: Flexible pipes, tubes, hoses and structural fittings therefor, all non-metallic; carbon fibre not for textile use; adhesive tape strips and sheets for industrial and commercial use; clutch linings and brake lining materials, partly processed; anti-corrosion tape; pavement marking tape; rubber pouch for merchandise packaging; rubber bands for commercial and industrial uses; rubber pads, soldering threads of plastic; structural parts and fittings of all the aforesaid goods as far as included in this class

CLASS 24: Textile goods, and substitutes for textile goods, namely, towels of textiles, bed clothes in the nature of bed covers, duvet covers, pillow cases and bed sheets, and bed blankets

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 12-21-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1495386 DATED 06-18-2019,



Director of the United States
Patent and Trademark Office



EXPIRES 06-18-2029

SER. NO. 79-270,771, FILED 06-18-2019

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,457,305**

**Registered May 01, 2018**

**Int. Cl.: 6, 12**

**Trademark**

**Principal Register**

Audi AG (GERMANY CORPORATION)
85045
Ingolstadt, FED REP GERMANY

CLASS 6: Goods of metal, namely, badges for vehicles

CLASS 12: Land vehicles, namely, automobiles and their structural parts; radiator grilles; non-metal emblems for vehicles, namely, automotive hood ornaments, insignia for vehicles and automotive exterior metal decorative trim

PRIORITY CLAIMED UNDER SEC. 44(D) ON GERMANY APPLICATION NO. 302017003592, FILED 02-13-2017, REG. NO. 302017003592, DATED 02-13-2017, EXPIRES 02-28-2027

The mark consists of the letters "R" and "S" in block capitalized letters, outlined, with the letter "R" interposed over a rectangular block, double-outlined.

SER. NO. 87-509,102, FILED 06-28-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,718,753**

**Registered Apr. 09, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Audi AG  (GERMANY CORPORATION)
85045
Ingolstadt, FED REP GERMANY

CLASS 12: Emblems, not of metal, for vehicles, namely, badges for vehicles

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 015606791, FILED 07-04-2016, REG. NO. 015606791, DATED 11-07-2016, EXPIRES 07-04-2026

The mark consists of the letters "R" and "S" and the number "5" in block capitalized letters, outlined, with the letter "R" interposed over a rectangular block, double-outlined.

SER. NO. 87-271,754, FILED 12-16-2016



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# RS Q8

**Reg. No. 5,479,356**

**Registered May 29, 2018**

**Int. Cl.: 9, 12, 28**

**Trademark**

**Principal Register**

Audi AG (GERMANY CORPORATION)
85045
Ingolstadt, FED REP GERMANY

CLASS 9: Interactive, computerized automotive control system for integrating, managing and providing driver access to functions of automobile navigation system, entertainment features, namely, CD players, DVD players, MP3 players, tape players and radio, communications equipment, namely, telephones, vehicle environmental information and controls regarding heating and cooling and automobile control systems, all incorporated into a motor vehicle; keyless entry system and keyless ignition switch system for automotive vehicles comprised of a microprocessor, electronic signal receiver, and keyfob with electronic signal transponder; digital switching systems comprised of interconnected electromechanical and solid-state power management enclosures with standard and custom keypads for user remote control, the foregoing for use on automotive vehicle dashboards; dashboard cruise controls and tachometers for motor vehicles

CLASS 12: land vehicles and their structural parts

CLASS 28: Model cars and toy cars

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON GERMANY APPLICATION NO. 302017003593, FILED 02-13-2017, REG. NO. 302017003593, DATED 03-10-2017, EXPIRES 02-28-2027

SER. NO. 87-554,398, FILED 08-03-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# RS6

**Reg. No. 6,104,299**

**Registered Jul. 21, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

AUDI AG  (GERMANY CORPORATION)
85045 Ingolstadt
FED REP GERMANY

CLASS 12: Land vehicles and structural parts therefor

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 0811446 DATED 08-29-2003,
EXPIRES 08-29-2023

SER. NO. 79-269,964, FILED 08-21-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# RSQ6

**Reg. No. 6,976,392**

**Registered Feb. 14, 2023**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

AUDI AG  (GERMANY JOINT STOCK COMPANY)
Auto-Union-Str. 1
85057 Ingolstadt
FED REP GERMANY

CLASS 12: Land vehicles, namely, automobiles and their structural parts

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1638236 DATED 10-29-2021, EXPIRES 10-29-2031

SER. NO. 79-330,726, FILED 10-29-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# S line

**Reg. No. 5,837,139**

**Registered Aug. 20, 2019**

**Int. Cl.: 9, 20**

**Trademark**

**Principal Register**

Audi AG  (GERMANY CORPORATION)
85045
Ingolstadt, FED REP GERMANY

CLASS 9: Electronic keys for vehicles; Radio operated door lock controls; Navigation devices for vehicles in the nature of on-board computers; Sunglasses; Cases for spectacles and sunglasses; Cell phone covers; Cases adapted for mobile phones

CLASS 20: Emblems, not of metal, for vehicles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 015969207, FILED 10-25-2016, REG. NO. 015969207, DATED 01-16-2018, EXPIRES 10-25-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "LINE"

SER. NO. 87-406,863, FILED 04-11-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SQ7

**Reg. No. 5,640,084**

**Registered Jan. 01, 2019**

**Int. Cl.: 12, 28**

**Trademark**

**Principal Register**

AUDI AG  (GERMANY JOINT STOCK COMPANY)
85045 Ingolstadt
FED REP GERMANY

CLASS 12: Vehicles, namely, automobiles and their structural parts

CLASS 28: Model cars

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1010905 DATED 06-30-2009, EXPIRES 06-30-2019

SER. NO. 79-235,511, FILED 05-15-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SQ8

**Reg. No. 5,441,847**

**Registered Apr. 10, 2018**

**Int. Cl.: 9, 12, 25, 28**

**Trademark**

**Principal Register**

Audi AG (GERMANY CORPORATION)
85045
Ingolstadt, FED REP GERMANY

CLASS 9: Interactive, computerized automotive control system for integrating, managing and providing driver access to functions of automobile navigation system, entertainment features, namely, CD players, DVD players, MP3 players, tape players and radio, communications equipment, namely, telephones, vehicle environmental information and controls regarding heating and cooling and automobile control systems, all incorporated into a motor vehicle; keyless entry system and keyless ignition switch system for automotive vehicles comprised of a microprocessor, electronic signal receiver, and keyfob with electronic signal transponder; digital switching systems comprised of interconnected electromechanical and solid-state power management enclosures with standard and custom keypads for user remote control, the foregoing for use on automotive vehicle dashboards; dashboard cruise controls and tachometers for motor vehicles

CLASS 12: Land vehicles and their structural parts

CLASS 25: Clothing, namely, t-shirts, shirts, polo shirts, jackets, caps and hats

CLASS 28: Model cars and toy cars

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON GERMANY APPLICATION NO. 302016029165, FILED 10-25-2016, REG. NO. 302016029165, DATED 12-05-2016, EXPIRES 10-26-2026

SER. NO. 87-412,260, FILED 04-14-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,993,653**

**Registered Feb. 25, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

AUDI AG  (GERMANY CORPORATION)
85045
Ingolstadt, FED REP GERMANY

CLASS 12: land vehicles and their structural parts; radiator grilles for land vehicles

PRIORITY CLAIMED UNDER SEC. 44(D) ON GERMANY APPLICATION NO. 302018010087, FILED 04-18-2018, REG. NO. 302018010087, DATED 06-01-2018, EXPIRES 04-30-2028

The mark consists of four connected incomplete circles.

SER. NO. 88-139,914, FILED 10-02-2018



Director of the United States
Patent and Trademark Office

