# EXHIBIT B

DEFENDANT'S EBAY STOREFRONT





**Bumper Cover Fascia Front for Audi A6 Quattro 2012-2015 (For: Audi)**
Brand New

**$177.39**
Buy It Now
Free delivery
Free returns

**Front License Plate Bracket For 2013-2016 Audi A4 AU1068108 8K0807285E1QP**
Hassle Free Returns. Free Fast Shipping.
Brand New

**$23.58**        Top Rated Plus
List price: $72.54   67% off
Buy It Now
Free delivery
Free returns
Last one
125 sold

**Front Bumper Cover For 2005-2008 Audi A6 Quattro w/ fog lamp holes Primed (For: Audi)**
Hassle Free Returns. Free Fast Shipping.
Brand New

**$244.36**
List price: $572.48   57% off
Buy It Now
Free delivery
Free returns
218 sold

New Bumper Cover Fascia Rear for Audi A3 Quattro 15-16 AU1100215 8V5807067GRU (For: Audi)













DEFENDANT'S CARPARTS.COM WEBSITE









# DEFENDANT'S CARPARTSWHOLESALE.COM WEBSITE







All.

**Shop by Category**

Select category.

**Shop by Part**

Select parts.

REPA220159Q

**Replacement**
A4/S4 13-16 FRONT FENDER RH, Primed, Sedan/Wagon, Steel, w/o Side Lamp Hole - CAPA

OEM Number:8K0821105J
Parts Link No:AU1241133C

List Price:$511.67

**$511.67**

### Carparts Wholesale | REPA010305P Details

A4/A4 QUATTRO 05-09 FRONT BUMPER COVER, Primed, w/o Sport Pkg, w/o Headlight Washer Holes



›

Tap to zoom

SKU No : REPA010305P

This item frist the following vehicles

| 2005 Audi A4 Base 4 Cyl 1.8L |
| 2005 Audi A4 Base 6 Cyl 3.0L |
| 2005 Audi A4 Quattro Avant 6 Cyl 3.0L |
| 2005 Audi A4 Quattro Avant 4 Cyl 1.8L |
| 2005 Audi A4 Quattro Base 4 Cyl 1.8L |

Close

List Price:$592.64
**$92.64**

List Price:$876.67
**$76.67**

List Price:$427.08
**$27.08**

List Price:$117.01
**$17.01**

List Price:$78.93
**$78.93**

SET-
REPV285905-
2

**TrueDrive**
JETTA 05-18/PASSAT 06-22 REAR WHEEL HUB RH AND LH, 5 Studs, FWD

OEM Number:23320,29446,29447,512319,51623

Availability:

List Price:$160.63

**$160.63**



No:AU2503141,AU2502141,AU1000169,AU1240124,AU1241124,AU1200119

Availability:

KIT-50115-10    Replacement    List Price:$2,171.84
A3/A3 QUATTRO 09-13 HEAD LAMP RH AND LH, Halogen,    $2,171.84

**Carparts Wholesale | KIT-50115-09 Details**

A3/A3 QUATTRO 09-13 HEAD LAMP RH AND LH, Assembly, Halogen, 4-pc kit, with Bumper Cover and Grille Assembly



Tap to zoom

SKU No : KIT-50115-09

This item frist the following vehicles

2009 Audi A3 Quattro Base 6 Cyl 3.2L
2009-2013 Audi A3 Base 4 Cyl 2.0L
2009-2013 Audi A3 Quattro Base 4 Cyl 2.0L
2010-2013 Audi A3 TDI 4 Cyl 2.0L
2013 Audi A3 Sportback 4 Cyl 2.0L

Close

OEM Number:8P0941004BD,8P0941003BD,8P0807
Parts Link No:AU2503141,AU2502141,AU1000222

Availability:

KIT-071918-29    Replacement    List Price:$923.88