EXHIBIT C

# DECEMBER 2024 TEST PURCHASE



**VISA**   x-8359 Expired

○ Add new card

○ **G Pay** Google Pay

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

**Ship to**
Carl Banks
60 E 42nd St, Ste 1250
New York, NY 10165-1299
United States
(212) 456-8864
Change

**Review order**

Evan Fischer Auto Parts · Add note for seller ⓘ
97.5% positive feedback

Front Bumper Cover For 2005-2009 Audi A4 Quattro and A4 07-09 S4
Primed Plastic
**$133.82** ~~$169.28~~

Quantity
1

Free returns

**Delivery**
**Free Standard Shipping**
Est. delivery: Dec 5 – Dec 9

Gift cards and coupons

---

| Item (1) | $133.82 |
| Shipping | Free |
| Tax* | $11.88 |

**Order total**    **$145.70**

By placing your order, you agree to eBay's
User Agreement and Privacy Notice.

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

**Pay with PayPal**

You'll finish checkout on PayPal

Ⓟ Purchase protected by eBay Money Back
Guarantee



















# MARCH 2025 TEST PURCHASE



Gigi Ulysses
244 Madison Ave, # 411
New York, NY 10016-2817
United States
(212) 292-5390

<u>Change</u>

## Review order

Evan Fischer Auto Parts · Add note for seller ⓘ
97.4% positive feedback

Grille For 2009-2012 Audi A4 09-12 Audi A4 Quattro Primed Shell & Primed Insert
**$125.71**  $139.56

Quantity
1

Free returns

**Delivery**
**Free Standard Shipping**
Est. delivery: Mar 20 – Mar 24

## Gift cards and coupons

Enter code:            Apply

## Order Summary

| Item (1) | $125.71 |
|---|---|
| Shipping | Free |
| Tax | $11.16 |
| **Order total** | **$136.87** |

By placing your order, you agree to eBay's <u>User Agreement</u> and <u>Privacy Notice</u>.

**Pay with PayPal**

You'll finish checkout on PayPal

🛡 Purchase protected by <u>eBay Money Back Guarantee</u>

 Checkout

How do you like our checkout? <u>Give us feedback</u>

## Pay with

ⓘ We no longer accept American Express. To use an Amex for purchases, link it to your PayPal or Venmo account. <u>Learn more</u>

- ⦿ **PayPal** PayPal
- ◯ **venmo** Venmo
- ◯ 🔴🟠 x-0363 Expired
- ◯ **VISA** x-8359 Expired
- ◯ Add new card  VISA Mastercard Discover Diners
- ◯ **G Pay** Google Pay
- ◯ **PayPal CREDIT** Special financing available. Apply now. <u>See terms</u>

## Ship to

Gigi Ulysses

### Order Summary

| | |
|---|---|
| Item (1) | $125.71 |
| Shipping | Free |
| Tax | $11.16 |
| **Order total** | **$136.87** |

By placing your order, you agree to eBay's <u>User Agreement</u> and <u>Privacy Notice</u>

**Pay with _PayPal_**

You'll finish checkout on PayPal

🛡 Purchase protected by <u>eBay Money Back Guarantee</u>



Checkout | eBay

https://pay.ebay.com/rxo?action=success&sessionid=2384844738011

# Order confirmed, thanks!

Your order was placed.

We'll send a confirmation email to sportzjerseyfan@gmail.com.

## Order total: $136.87

**Shipping to:**

244 Madison Ave, # 411, New York, NY 10016-2817, United States

## Order number: 21-12825-38502



Grille For 2009-2012 Audi A4 09-12 Audi A4 Quattro Primed
Shell & Primed Insert

$125.71

Sold by carpartswholesale
You should get it by Mar 24.

[ **View order details** ]

**Your order unlocked 5 offers**

Redeem **$40 bonus**, chance to win
$3,000 & more*

[ **Reveal offers** ]

*Terms Apply

How do you like our checkout? **Give us feedback**

FROM:     (888) 529-5192
Fulfillment Warehouse
Car-Partscom
1301 Avenue T
Grand Prairie TX 75050
US

SHIP DATE: 15MAR25
ACT WGT: 390 LB
CAD: 252213405/INC X3600
DIMMED: 62 X 29 X 15 IN

BILL SENDER

Part # 150471-434 MTY EX X75305 M

TO GIGI ULYSSES

244 MADISON AVE

411

NEW YORK NY 10016

12122925390      REF: TX06275159

INV: TX06275159

PO: 76989416_179362077      DEPT: EBAY

(US)

**FedEx**
Ground

**G**

J25102412l70luv

 

TRK# 2865 8051 8350

10016

9622 0019 0 (000 000 0000) 0 00 2865 8051 8350



CARTON ID: TX06275159G15

PO NUMBER: 76989416



TX06275159





Item Number:    REPA070110
Item Desc:
Replacement - Grille Assembly
PO Number:
Bin Location:    CRPOTVG0126ECGD



# AD07019GB

P/L NO. AU1200117

LOT NO. 2312F                    MADE IN TAIWAN

A-4 '10-'12
10045      15649      TY5      1PC      90.YA05.01
★AFTERMARKET REPLACEMENT PART ★      OI1
2904 0001 AD07019GB-TY5              20231220
                        G0038/30    8291315

                        15/15    EAC



TONG YANG

MFG Lot

2312F

AD07019GB



AD07019GB

GRILLE ASSY, A-4 '10-'12

AD07019GB              10045
PLINK: AU1200117









AD07019GB



2312F

TONG YANG

AD07019GB
PLINK: AU1200117

10045



MADE IN TAIWAN

24034903

MADE IN TAIWAN
PD·6883    QA.2552
>ABS<



Case 1:21-cv-04360-MT   Document 1-1   Filed 20/22/21   Page 28 of 29

500

*Tong Yang*

AD0701901

