# EXHIBIT D



**FRE 408 CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**

April 16, 2025

**VIA EMAIL ONLY**
Brian S. Tamsut
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, California 91362
uspto@socalip.com
nabeloe@socalip.com
btamsut@socalip.com

Re:   Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property

Dear Mr. Tamsut:

We represent Audi in its intellectual property matters. We are reaching out to you because you are listed as attorney of record for CarParts.com, Inc. d/b/a CarpartsWholesale and/or Evan Fischer Auto Parts ("CarParts.com") in the USPTO's database records.

Audi is one of the world's leading automobile companies, with roots dating back to the early 1900s. Audi designs, engineers, manufacturers, markets, and sells millions of vehicles in nearly every country across the globe, as well as vehicle parts and accessories, and other related goods, including but not limited to, license plate frames, plaques for affixing to automobiles, key rings, and key chains (collectively, the "Audi Products") under the AUDI house mark. Audi's famous AUDI brand is considered one of the most valuable brands in the world and is consistently listed in Interbrand's annual survey of the "Best Global Brands."[1]

In addition to the AUDI house mark, Audi uses an extensive portfolio of marks in connection with the Audi Products. These marks include, but are not limited to, A3, A4, A5, A6, A7, A8, E-TRON, Q3, Q4, Q5, Q6, Q7, Q8, Q8S, QUATTRO, R8, RS, RS3, RS4, RS5, RS6, RS7, RS Q8, RSQ6, S LINE, S3, S4, S5, S6, S7, S8, SQ5, SQ7, SQ8, TFSI, TT, TTS, TTRS, and the Audi Four Ring Logo:

---

[1] *See e.g.,* https://interbrand.com/best-global-brands/.

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
April 16, 2025
Page 2



(together with the AUDI house mark, collectively, the "Audi Marks"). Audi is the sole and exclusive owner of all right, title, and interest in and to any and all unregistered and registered intellectual property rights in its AUDI brand and Audi Products, including any and all trademarks, trade dress, copyrights, design patents, and any other proprietary rights that may exist worldwide, covering or related to the Audi Products, including the Audi Marks (collectively, the "Audi IP").

As non-limiting examples, Audi owns the following incontestable U.S. Trademark Registration Nos.: 4995364 for **AUDI** for goods in Classes 9, 12, 14, 16, 27, 28, and 37; 3098878 for **A3** for goods in Classes 12 and 28; 1990408 for **A4** for goods in Class 12; 3068391 for **A5** for goods in Class 12; 1957319 for **A6** for goods in Class 12; 3355302 for **A7** for goods in Class 12; 2067529 for **A8** for goods in Class 12; 4078535 for **E-TRON** for goods in Classes 12 and 28; 3524464 for **Q3** for goods in Class 12; 3112195 for **Q5** for goods in Class 12; 3123813 for **Q7** for goods in Class 12; 1283271 for **QUATTRO** and 3241273 for **QUATTRO** for goods in Class 12; 5457305 for **RS** (stylized) for goods in Classes 6 and 12; 3076893 for **R8** for goods in Class 12; 3966469 for **RS3** for goods in Class 12; 2889135 or **RS4** for goods in Classes 12 and 18; 5479356 for **RS Q8** for goods in Classes 9, 12, and 28; 4440628 for **RS7** and 5367990 for **RS7** (stylized) for goods in Class 12; 4405143 for **S** (stylized) for goods in Class 12; 2875529 for **S LINE** for goods in Class 12; 3835128 for **S3** for goods in Class 12; 2499526 for **S4** for goods in Class 12; 3324676 for **S5** for goods in Class 12; 1917829 for **S6** for goods in Class 12; 3421582 for **S7** for goods in Class 12; 2534302 for **S8** for goods in Class 12; 3970590 for **SQ5** for goods in Class 12; 5441847 for **SQ8** for goods in Classes 9, 12, 25, and 28; 3521639 for **TFSI** and 3329624 for **TFSI** for goods in Class 12; 2519018 for **TT** for goods in Class 12; 4109426 for **TT RS** for goods in Class 12; 3496779 for **TTS** for goods in Class 12; 3201037 for the Audi Four Ring Logo for goods in Class 12; 3007305 for the Audi Four Ring Logo for goods in Classes 3, 6, 9, 12, 14, 16, 18, 21, 24, 25, and 28; as well as 2083439 for the Audi Four Ring Logo positioned above **AUDI** as shown below for goods and services in Classes 12 and 42:



As further non-exhaustive examples, Audi also owns U.S. Trademark Registration Nos.: 6138588 for **E-TRON** for goods in Classes 3, 6, 11, 14, 17, and 24; 5718753 for **RS5** (stylized) for goods in Class 12; 6104299 for **RS6** for goods in Class 12; 6976392 for **RSQ6** for goods in Class 12; 5837139 for **S LINE** for goods in Classes 9 and 20 including emblems; 5640084 for **SQ7** for goods in Classes 12 and 28. No one other than Audi is authorized to use the Audi IP without the express written permission of Audi.

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
April 16, 2025
Page 3

It has recently come to our attention that CarParts.com is manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, soliciting sales of, selling and/or otherwise making available products that infringe the Audi IP, including the Audi Marks ("Infringing Products") via the Evan Fischer Auto Parts eBay store[2] ("Evan Fischer eBay Store") and its websites[3] (the "Carparts.com Websites") (collectively, the "Caparts.com Stores"). Below are non-exhaustive examples of the Infringing Products listed on the CarParts.com Stores:



[4]

[5]

---

[2] *See*, https://www.ebay.com/str/carpartswholesale.
[3] *See*, https://www.carparts.com/ and https://www.carpartswholesale.com/browseCatalog.
[4] *See*, https://www.ebay.com/itm/37258949176.
[5] *Id.*

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
April 16, 2025
Page 4



[Continued on Next Page]

---

[6] *See*,
https://www.ebay.com/sch/i.html?_dkr=1&iconV2Request=true&_blrs=recall_filtering&_ssn=carpartswholesale&store_cat=0&store_name=carpartswholesale&_oac=1&_nkw=audi%20grill.

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
April 16, 2025
Page 5



---

[7] *See*, https://www.carparts.com/grille-assembly/replacement/rba070101.
[8] *See*, https://www.carparts.com/grille-assembly/replacexl/r-ra07010012.

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
April 16, 2025
Page 6



[9]

CarParts.com's actions reflect a deliberate disregard of Audi's intellectual property rights. CarParts.com's unauthorized use of the Audi IP is not only intended to (and actually does) confuse, deceive and/or misdirect consumers as to the source or origin of its Infringing Products, but also leads to the belief that the Infringing Products are connected, affiliated with, approved or otherwise sponsored by Audi, when, in fact, they are not. CarParts.com's actions are particularly damaging to Audi given that CarParts.com prominently features the Audi IP and lists Audi's OEM part numbers in connection with the Infringing Products in close proximity to CarParts.com's own trademarks as shown in the non-exhaustive example below:

---

[9] *See*, https://www.carpartswholesale.com/browseCatalog.

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
April 16, 2025
Page 7



[10]

Moreover, since the marks used on or in connection with the Infringing Products are virtually identical, or at the very least, confusingly similar to the Audi Marks as shown in the exemplary and non-exhaustive screenshots above, there is no question that CarParts.com is intentionally trading off of the substantial goodwill associated with Audi and its Audi IP.

Be advised that CarParts.com's use of the Audi Marks constitutes one or more of the following: trademark infringement, trademark dilution, and/or unfair competition, which, if pursued in court in the U.S., would entitle Audi to seek, among other things, statutory damages (up to $2,000,000 per counterfeit mark), and attorneys' fees.

In light of the foregoing, we demand that CarParts.com **immediately cease and desist** any and all production, importation, exportation, advertising, marketing, promotion, distribution, display, solicitation of sales and/or sales of the Infringing Products and remove any and all references to Audi and the Audi Marks from the CarParts.com Stores including the CarParts.com Websites and Evan Fischer Auto Parts eBay Store and any other online or physical locations where the Infringing Products are available. We also demand that CarParts.com comply with the following **within five (5) days of the date of this notice**:

1. Confirm in writing that all manufacture (domestic and foreign), importation, exportation, advertising, marketing, promotion, distribution, display, solicitation of sales and sales of the Infringing Products has ceased and that CarParts.com has

---

[10] *See*, https://www.ebay.com/itm/372598949176.

Notice of Infringement/Counterfeiting of Audi AG's ("Audi") Intellectual Property
April 16, 2025
Page 8

    ceased and will refrain from any and all future use of the Audi Marks and any marks that are likely to cause confusion with the Audi Marks;

2. Surrender all Infringing Products and ancillary goods in CarParts.com's possession, custody or control;

3. Provide us with a complete list of ALL sources of Infringing Products (*i.e.*, name and address of the manufacturer, importer, distributor, and/or retailer);

4. Provide us with a full accounting of all purchases (number of units and price) of the Infringing Products, from the date of the first sale of any of the Infringing Products to present, and ANY and ALL documentation of CarParts.com's transaction(s) with CarParts.com's source(s). This includes, but is not limited to: correspondence/communications received or sent by CarParts.com concerning the Infringing Products, agreements between CarParts.com and CarParts.com's source(s), and ALL purchase records evidencing such purchases of the Infringing Products (*i.e.*, order forms, payment records, receipts, invoices, and shipping documents, etc.); and

5. Provide us with a full accounting of all sales (number of units and price) of the Infringing Products, including total dollar amounts and ALL sales and inventory records reflecting the same.

Audi considers CarParts.com's egregious conduct to constitute a serious violation of Audi's rights and to be very damaging to Audi's business, reputation, and the goodwill associated with the Audi Marks. CarParts.com's failure to comply with the demands set forth herein will only assure Audi of CarParts.com's intention to continue to willfully infringe the Audi Marks. In such a situation, Audi will take any and all actions necessary to enforce its rights to the fullest extent of the law. Accordingly, we thank CarParts.com for its anticipated cooperation and prompt attention to this matter.

Nothing in this notice shall be construed as a waiver or relinquishment of any rights or remedies possessed by Audi or any other affected party.

Sincerely,

William C. Wright
**EPSTEIN DRANGEL LLP**